# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>ILLINOIS BELL TELEPHONE, d/b/a<br>AT&T ILLINOIS,<br>V.<br>COMCAST OF ILLINOIS III, INC.,<br>COMCAST CORPORATION,<br>COMCAST CABLE HOLDINGS LLC, and<br>COMCAST OF CHICAGO, INC. | Case Number:<br>FILED: MARCH 21, 2008<br>08CV1680            EDA<br>JUDGE BUCKLO<br>MAGISTRATE JUDGE ASHMAN |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

ILLINOIS BELL TELEPHONE, d/b/a AT&T ILLINOIS

| | |
|---|---|
| NAME (Type or print)<br>    BRIAN L. CROWE | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>    s/ BRIAN L. CROWE | |
| FIRM    SHEFSKY & FROELICH LTD. | |
| STREET ADDRESS<br>    111 E. Wacker Drive, Suite 2800 | |
| CITY/STATE/ZIP<br>    Chicago, IL  60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>    0549584 | TELEPHONE NUMBER<br>    (312) 527-4000 - (312) 527-4011 (Fax) |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?    YES [ ]    NO [X] | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?    YES [X]    NO [ ] | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?    YES [X]    NO [ ] | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?    YES [ ]    NO [X] | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>    RETAINED COUNSEL [ ]    APPOINTED COUNSEL [ ] | |