# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| | |
|---|---|
| In the Matter of<br>**ILLINOIS BELL TELEPHONE, d/b/a AT&T ILLINOIS,**<br>**V.**<br>**COMCAST OF ILLINOIS III, INC.,**<br>**COMCAST CORPORATION,**<br>**COMCAST CABLE HOLDINGS LLC, and**<br>**COMCAST OF CHICAGO, INC.** | Case Number:<br>FILED: MARCH 21, 2008<br>08CV1680          EDA<br>JUDGE BUCKLO<br>MAGISTRATE JUDGE ASHMAN |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**ILLINOIS BELL TELEPHONE, d/b/a AT&T ILLINOIS**

| |
|---|
| NAME (Type or print)<br>    **LYNN A. ELLENBERGER** |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>    s/ **LYNN A. ELLENBERGER** |
| FIRM    **SHEFSKY & FROELICH LTD.** |
| STREET ADDRESS<br>    **111 E. Wacker Drive, Suite 2800** |
| CITY/STATE/ZIP<br>    **Chicago, IL  60601** |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>**6244188** | TELEPHONE NUMBER<br>**(312) 527-4000 – (312) 527-4011 (Fax)** |
|---|---|

| | | | |
|---|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☒ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☒ | NO ☐ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒ | NO ☐ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☒ | |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |