## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| **ILLINOIS BELL TELEPHONE, d/b/a AT&T ILLINOIS,** **V.** **COMCAST OF ILLINOIS III, INC., COMCAST CORPORATION, COMCAST CABLE HOLDINGS LLC, and COMCAST OF CHICAGO, INC.** | FILED: MARCH 21, 2008 08CV1680          EDA JUDGE BUCKLO MAGISTRATE JUDGE ASHMAN |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**ILLINOIS BELL TELEPHONE, d/b/a AT&T ILLINOIS**

| NAME (Type or print) |
|---|
| **JOHN F. KENNEDY** |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ **JOHN F. KENNEDY** |

| FIRM |
|---|
| **SHEFSKY & FROELICH LTD.** |

| STREET ADDRESS |
|---|
| **111 E. Wacker Drive, Suite 2800** |

| CITY/STATE/ZIP |
|---|
| **Chicago, IL  60601** |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| **6196185** | **(312) 527-4000 – (312) 527-4011(Fax)** |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☒ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☒ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐ |