IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ILLINOIS BELL TELEPHONE, d/b/a AT&T ILLINOIS, | ) ) ) | |
| **Plaintiff,** | ) ) | |
| v. | ) ) ) | Case No.: _____ |
| COMCAST OF ILLINOIS III, INC., COMCAST CORPORATION, COMCAST CABLE HOLDINGS LLC, and COMCAST OF CHICAGO, INC. | ) ) ) ) ) | JURY TRIAL DEMANDED |

**PLAINTIFF ILLINOIS BELL TELEPHONE, D/B/A AT&T ILLINOIS'
NOTICE OF PAPER FILING**

Plaintiff ILLINOIS BELL TELEPHONE, d/b/a AT&T ILLINOIS ("AT&T Illinois"), by its attorneys, files this Notice of Paper Filing pursuant to General Order 07-0023, General Order on Electronic Case Filing, Paragraph VII.  Referenced as Exhibit C to the Complaint for Injunctive and Other Relief that AT&T Illinois filed on today's date are two Comcast video advertisements, which video advertisements have been downloaded to a compact disk.  This compact disk could not be filed electronically through the CM/ECF system because it is not in an acceptable PDF format.  Therefore, AT&T Illinois has filed the compact disk, designated as Exhibit C to the Complaint for Injunctive and Other Relief and marked in an envelope labeled as such, "over the counter."

| | |
|---|---|
| DATED: March 21, 2008 | Respectfully submitted, |
| | ILLINOIS BELL TELEPHONE, D/B/A AT&T ILLINOIS |
| | |
| | By: /s/ Brian L. Crowe_____ |
| | One of Its Attorneys |

Brian L. Crowe (ARDC #0549584)
bcrowe@shefskylaw.com
John F. Kennedy (ARDC #6196185)
jkennedy@shefskylaw.com
Lynn A. Ellenberger (ARDC #6244188)
lellenberger@shefskylaw.com
SHEFSKY & FROELICH LTD.
111 E. Wacker Drive, Suite 2800
Chicago, IL  60601
Telephone:  (312) 527-4000
Facsimile    (312) 527-4011

and

Christopher A. Cole
ccole@manatt.com
Manatt Phelps Phillips, LLP
700 12th Street, N.W., Suite 1100
Washington, D.C.  20005
Telephone:  (202) 585-6524
Facsimile:   (202) 637-1535
1078795_1