IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **ILLINOIS BELL TELEPHONE, d/b/a AT&T ILLINOIS,** )<br>)<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**COMCAST OF ILLINOIS III, INC.,** )<br>**COMCAST CORPORATION,** )<br>**COMCAST CABLE HOLDINGS LLC, and** )<br>**COMCAST OF CHICAGO, INC.** )<br>) | FILED: MARCH 21, 2008<br>08CV1680       EDA<br>JUDGE BUCKLO<br>MAGISTRATE JUDGE ASHMAN<br><br>Case No.: _____<br><br>**JURY TRIAL DEMANDED** |

### PLAINTIFF ILLINOIS BELL TELEPHONE, D/B/A AT&T ILLINOIS' RULE 7.1 DISCLOSURE STATEMENT

Plaintiff ILLINOIS BELL TELEPHONE, d/b/a AT&T ILLINOIS ("AT&T Illinois"), by its attorneys, for its Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1, states that AT&T Illinois is a wholly owned subsidiary of AT&T Teleholdings, Inc., which is a wholly owned subsidiary of AT&T Inc., which is a publicly held corporation.

DATED:  March 21, 2008                Respectfully submitted,

                                      ILLINOIS BELL TELEPHONE, D/B/A AT&T ILLINOIS


                                      By:  /s/ Brian L. Crowe
                                           One of Its Attorneys

Brian L. Crowe (ARDC #0549584)
bcrowe@shefskylaw.com
John F. Kennedy (ARDC #6196185)
jkennedy@shefskylaw.com
Lynn A. Ellenberger (ARDC #6244188)
lellenberger@shefskylaw.com
SHEFSKY & FROELICH LTD.
111 E. Wacker Drive, Suite 2800
Chicago, IL  60601
Telephone:  (312) 527-4000
Facsimile    (312) 527-4011

and

Christopher A. Cole
ccole@manatt.com
Manatt Phelps Phillips, LLP
700 12th Street, N.W., Suite 1100
Washington, D.C.  20005
Telephone:  (202) 585-6524
Facsimile:   (202) 637-1535
1078788_1