


United States District Court
Northern District of Illinois - Eastern Division
United States Courthouse
219 South Dearborn Street - Room 2010
Chicago, Illinois  60604

MICHAEL W. DOBBINS,
Clerk

**FILED** MAR 26 2008
KC
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Office of the Clerk

Brian L. Crowe
Shefsky & Froelich Ltd
111 East Wacker Drive, Suite 2800
Chicago, IL 60601-3713

Re: Illinois Bell Telephone v. Comcast of Il. (08C1680)

Dear Counselor:

The documents you recently filed in connection with the above-captioned case have been received. Additional information is required for the completion of reports that are forwarded by this office to Alexandria, VA.

The following additional information is required:

| TRADEMARK NUMBER | DATE OF TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| N/A | N/A | N/A |
|  |  |  |
|  |  |  |
|  |  |  |

Please provide this information within ten (10) days of today's date.

Sincerely yours,

**Michael W. Dobbins, Clerk**

By:  Carmen Acevedo
Deputy Clerk