UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ILLINOIS BELL TELEPHONE, d/b/a<br>AT&T ILLINOIS,<br><br>        Plaintiff,<br><br>v.<br><br>COMCAST OF ILLINOIS III, INC.,<br>COMCAST CORPORATION,<br>COMCAST CABLE HOLDINGS LLC, and<br>COMCAST OF CHICAGO, INC.<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No.: 08 CV 1680<br>)<br>)  Honorable Elaine E. Bucklo<br>)<br>)  Magistrate Judge Martin C. Ashman<br>)<br>)  **JURY TRIAL DEMANDED**<br>) |

## PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

Plaintiff Illinois Bell Telephone, d/b/a AT&T of Illinois, pursuant to Rule 65 of the Federal Rules of Civil Procedure, submits this Motion for Preliminary Injunction against Defendants Comcast of Illinois III, Inc., Comcast Corporation, Comcast Cable Holdings LLC, and Comcast of Chicago, Inc. (collectively "Comcast").

The grounds for this motion are set forth below in the incorporated memorandum of law.

AT&T Illinois respectfully requests that the Court issue a preliminary injunction against Comcast prohibiting Comcast from continuing its false and disparaging advertising claims, pending a trial on the merits. A Proposed Order is submitted herewith.

DATED: April 14, 2008

Respectfully submitted,

ILLINOIS BELL TELEPHONE, D/B/A AT&T ILLINOIS

By: /s/ Brian L. Crowe
     One of Its Attorneys

Brian L. Crowe (ARDC #0549584)
bcrowe@shefskylaw.com
James D. Wilson (ARDC #3033643)
jwilson@shefskylaw.com
John F. Kennedy (ARDC #6196185)
jkennedy@shefskylaw.com
Lynn A. Ellenberger (ARDC #6244188)
lellenberger@shefskylaw.com
SHEFSKY & FROELICH LTD.
111 E. Wacker Drive, Suite 2800
Chicago, IL 60601
Telephone: (312) 527-4000
Facsimile (312) 527-4011

and

Christopher A. Cole
ccole@manatt.com
Manatt Phelps Phillips, LLP
700 12th Street, N.W., Suite 1100
Washington, D.C. 20005
Telephone: (202) 585-6524
Facsimile: (202) 637-1535
1078954_1