UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ILLINOIS BELL TELEPHONE, d/b/a AT&T ILLINOIS, <br><br> Plaintiff, <br><br> v. <br><br> COMCAST OF ILLINOIS III, INC., COMCAST CORPORATION, COMCAST CABLE HOLDINGS LLC, and COMCAST OF CHICAGO, INC. <br><br> Defendants. | Case No.: 08 CV 1680 <br><br> Honorable Elaine E. Bucklo <br><br> Magistrate Judge Martin C. Ashman <br><br> **JURY TRIAL DEMANDED** |

## PLAINTIFF'S MOTION TO EXCEED THE PAGE LIMIT

Plaintiff ILLINOIS BELL TELEPHONE, d/b/a AT&T ILLINOIS ("AT&T Illinois"), by its attorneys, files this motion pursuant to Local Rule 7.1 for leave to file *instanter* Plaintiff's Memorandum of Law in Support of Motion for Preliminary Injunction, which memorandum is in excess of fifteen pages, and in support thereof, state as follows:

1.  AT&T Illinois moves to enjoin false advertising claims made by defendants Comcast Corporation of Illinois, Inc., Comcast Corporation, Comcast Cable Holdings, LLC and Comcast of Chicago, Inc. (collectively, "Comcast") that falsely disparage AT&T Illinois and its subscription television service offering. These services directly compete with Comcast's cable television offerings for Illinois consumers. The underlying action and the motion for preliminary injunction are brought under Section 43(a) of the Lanham Act, 15 U.S.C. §1125(a), the Illinois Consumer Fraud and Deceptive Business Practices Act and the Illinois Uniform Deceptive Trade Practices Act.

2.  Due to the complexity of the law and the facts relating to Comcast's false advertising campaign which involves four distinct advertisements, AT&T Illinois was unable,

despite its best efforts, to fully and adequately address all of the necessary issues in a 15 page document. Specifically, to support its motion, AT&T Illinois was required to explain in detail its television subscription services, as well as the technical manner, including the devices, which provide those television services to viewers' homes. Because of the necessary detail, AT&T Illinois was not able to condense the information and legal argument into 15 pages.

3. For the foregoing reasons, AT&T Illinois requests leave to file Plaintiff's Memorandum of Law in Support of Motion for Preliminary Injunction, which is 27 double-spaced pages, *instanter*.

4. Pursuant to Local Rule 7.1, the memorandum contains a table of contents and a table of cases.

WHEREFORE, AT&T Illinois respectfully requests that this Court grant it leave to file *instanter* the Memorandum of Law in Support of its Motion for Preliminary Injunction which exceeds 15 pages.

DATED: April 14, 2008

Respectfully submitted,

ILLINOIS BELL TELEPHONE, D/B/A AT&T ILLINOIS


By: /s/ Brian L. Crowe
      One of Its Attorneys

Brian L. Crowe (ARDC #0549584)
bcrowe@shefskylaw.com
James D. Wilson (ARDC #3033643)
jwilson@shefskylaw.com
John F. Kennedy (ARDC #6196185)
jkennedy@shefskylaw.com
Lynn A. Ellenberger (ARDC #6244188)
lellenberger@shefskylaw.com
SHEFSKY & FROELICH LTD.
111 E. Wacker Drive, Suite 2800
Chicago, IL 60601
Telephone: (312) 527-4000
Facsimile   (312) 527-4011

and

Christopher A. Cole
ccole@manatt.com
Manatt Phelps Phillips, LLP
700 12th Street, N.W., Suite 1100
Washington, D.C. 20005
Telephone: (202) 585-6524
Facsimile:  (202) 637-1535
1078848_1