UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ILLINOIS BELL TELEPHONE, d/b/a<br>AT&T ILLINOIS,<br><br>        Plaintiff,<br><br>v.<br><br>COMCAST OF ILLINOIS III, INC.,<br>COMCAST CORPORATION,<br>COMCAST CABLE HOLDINGS LLC, and<br>COMCAST OF CHICAGO, INC.<br><br>        Defendants. | Case No.: 08 CV 1680<br><br>Honorable Elaine E. Bucklo<br><br>Magistrate Judge Martin C. Ashman<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF MOTION

TO:    PLEASE SEE ATTACHED CERTIFICATE OF SERVICE

      **PLEASE TAKE NOTICE** that on **Thursday**, the 17th day of **April, 2008**, at **9:30 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Elaine E. Bucklo or any judge sitting in her stead, in Room 1441 of the United States District Court for the Northern District of Illinois, Eastern Division, and shall then and there present *Plaintiff's Motion for Preliminary Injunction, Plaintiff's Memorandum of Law in Support of Motion for Preliminary Injunction* and *Plaintiff's Motion to Exceed the Page Limit*, copies of which are attached and hereby served upon you.

DATED: April 14, 2008

                                          Respectfully submitted,

                                          ILLINOIS BELL TELEPHONE, D/B/A
                                          AT&T ILLINOIS


                                          By:  /s/ Brian L. Crowe
                                                  One of Its Attorneys

Brian L. Crowe (ARDC #0549584)
bcrowe@shefskylaw.com
James D. Wilson (ARDC #3033643)
jwilson@shefskylaw.com
John F. Kennedy (ARDC #6196185)
jkennedy@shefskylaw.com
Lynn A. Ellenberger (ARDC #6244188)
lellenberger@shefskylaw.com
SHEFSKY & FROELICH LTD.
111 E. Wacker Drive, Suite 2800
Chicago, IL  60601
Telephone:  (312) 527-4000
Facsimile    (312) 527-4011

and

Christopher A. Cole
ccole@manatt.com
Manatt Phelps Phillips, LLP
700 12th Street, N.W., Suite 1100
Washington, D.C.  20005
Telephone:  (202) 585-6524
Facsimile:   (202) 637-1535

1078907_1

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that a true and correct copy of the foregoing *Notice of Motion*, *Plaintiff's Motion for Preliminary Injunction*, *Plaintiff's Memorandum of Law in Support of Motion for Preliminary Injunction* and *Plaintiff's Motion to Exceed the Page Limit*, was served upon:

> Douglas N. Masters, Esq.
> **LOEB & LOEB, LLP**
> 321 N. Clark Street
> Suite 2300
> Chicago, IL 60610

via messenger delivery, from the Offices of Shefsky & Froelich Ltd., 111 E. Wacker Drive, Suite 2800, Chicago, Illinois 60601, on the **14th** day of **April, 2008**.

/s/ Lynn A. Ellenberger
One of Its Attorneys