**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of　　　　　　　　　　　　　　　　　　　　Case Number: 08 CV 1680

ILLINOIS BELL TELEPHONE d/b/a AT&T ILLINOIS
　　　v
COMCAST OF ILLINOIS III, INC., COMCAST
CORPORATION, COMCAST CABLE HOLDINGS LLC, and
COMCAST OF CHICAGO, INC.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

COMCAST OF ILLINOIS III, INC.,
COMCAST CORPORATION,
COMCAST CABLE HOLDINGS LLC, and
COMCAST OF CHICAGO, INC.

| | |
|---|---|
| NAME (Type or print) | |
| Thomas P. Jirgal | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Thomas P. Jirgal | |
| FIRM | |
| LOEB & LOEB LLP | |
| STREET ADDRESS | |
| 321 N. Clark Street, Suite 2300 | |
| CITY/STATE/ZIP | |
| Chicago, Illinois 60610 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6291661 | (312) 464-3000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐　NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐　NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐　NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐　NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐　　APPOINTED COUNSEL ☐ | |