# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                                    Case Number: 08 CV 1680

ILLINOIS BELL TELEPHONE, d/b/a AT&T ILLINOIS,
                            Plaintiff,
v.
COMCAST OF ILLINOIS III, INC., et al.
                            Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

ILLINOIS BELL TELEPHONE, d/b/a AT&T ILLINOIS, Plaintiff

| | |
|---|---|
| NAME (Type or print) <br> JAMES D. WILSON | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ JAMES D. WILSON | |
| FIRM <br> SHEFSKY & FROELICH LTD. | |
| STREET ADDRESS <br> 111 E. WACKER DRIVE, SUITE 2800 | |
| CITY/STATE/ZIP <br> CHICAGO, IL 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 3033643 | TELEPHONE NUMBER <br> 312-527-4000 / 312-527-4011 (Facsimile) |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐ | |