**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Illinois Bell Telephone
                                Plaintiff,

v.                                                         Case No.: 1:08−cv−01680
                                                        Honorable Elaine E. Bucklo

Comcast of Illinois III, Inc., et al.
                                 Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, April 17, 2008:

      MINUTE entry before Judge Honorable Elaine E. Bucklo:Plaintiff's motion for preliminary injunction [16] heard on 4/17/08 and the motion is entered and continued.Plaintiff's motion for leave to file excess of 15 pages [18] is granted. Set deadlines/hearing as to motion for preliminary injunction[16] : Responses due by 5/9/2008. Status hearing held and continued to set for 5/13/2008 at 10:00 AM.Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.