UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ILLINOIS BELL TELEPHONE, d/b/a AT&T ILLINOIS, <br><br> Plaintiff, <br><br> v. <br><br> COMCAST OF ILLINOIS III, INC; COMCAST CORPORATION; COMCAST CABLE HOLDINGS LLC; and COMCAST OF CHICAGO, INC., <br><br> Defendants. <br> ──────────────────────── <br> COMCAST OF ILLINOIS III, INC; COMCAST CORPORATION; COMCAST CABLE HOLDINGS LLC; and COMCAST OF CHICAGO, INC., <br><br> Counterclaimants, <br><br> v. <br><br> ILLINOIS BELL TELEPHONE, d/b/a AT&T ILLINOIS, <br><br> Counterdefendant, <br><br> and AT&T, INC., <br><br> Third-party Defendant. | **Case No.: 08 CV 1680** <br><br> **Honorable Elaine E. Bucklo** <br><br> **Magistrate Judge Martin C. Ashman** |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed.R.Civ.P. 7.1 and local rule L3.2, defendants and counterclaimants Comcast of Illinois III, Inc., Comcast Corporation, Comcast Cable Holdings LLC and Comcast of Chicago, Inc. hereby file their Corporate Disclosure statement and state that: no publicly traded company owns 5% or more of any of Comcast of Illinois III, Inc.'s stock; that: no publicly

CH41794.1
207716-10034

traded company owns 5% or more of any of Comcast Corporation's stock; that: no publicly traded company owns 5% or more of any of Comcast Cable Holding LLC's stock; and that: no publicly traded company owns 5% or more of any of Comcast of Chicago, Inc.'s stock.

Date:  April 20, 2008

Respectfully submitted,

LOEB & LOEB LLP

By:       s/ Douglas N. Masters
Douglas N. Masters
Thomas P. Jirgal
Julie P. Samuels
321 North Clark Street, Suite 2300
Chicago, Illinois 60610
Telephone:  (312) 464-3100
Fax:  (312) 464-3111

Attorneys for Comcast of Illinois III, Inc., Comcast Corporation, Comcast Holdings LLC, and Comcast of Chicago, Inc.

CH41794.1
207716-10034