UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ILLINOIS BELL TELEPHONE, d/b/a AT&T ILLINOIS, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| COMCAST OF ILLINOIS III, INC; COMCAST CORPORATION; COMCAST CABLE HOLDINGS LLC; and COMCAST OF CHICAGO, INC., | ) ) ) ) | **Case No.: 08 CV 1680**<br><br>**Honorable Elaine E. Bucklo** |
| Defendants. | ) ) ) | **Magistrate Judge Martin C. Ashman** |
| COMCAST OF ILLINOIS III, INC; COMCAST CORPORATION; COMCAST CABLE HOLDINGS LLC; and COMCAST OF CHICAGO, INC., | ) ) ) ) | |
| Counterclaimants, | ) ) | |
| v. | ) ) | |
| ILLINOIS BELL TELEPHONE, d/b/a AT&T ILLINOIS, | ) ) ) | |
| Counterdefendant, | ) ) | |
| and AT&T, INC., | ) ) | |
| Third-party Defendant. | ) ) | |

## COMCAST'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

Comcast of Illinois III, Inc., Comcast Corporation, Comcast Cable Holdings LLC, and Comcast of Chicago, Inc. (collectively, "Comcast") move this Court for entry of a temporary restraining order and preliminary injunction against Illinois Bell Telephone, d/b/a AT&T Illinois ("AT&T"). Comcast submits to the Court a memorandum in support of its motion and states the following:

Comcast seeks emergency assistance from this Court to ensure that AT&T ceases its continued interference with Comcast's cable system, which is causing disruptions and outages to Comcast's television, Internet, and telephone services.  In particular, AT&T's installation of its U-Verse TV system throughout this District has caused thousands of Comcast customers to lose their Comcast services, sometimes for hours at a time.

AT&T's actions constitute trespass to Comcast's property, negligence, and are unlawful under the federal Cable Communications Policy Act, which prohibits any interception of a cable communications service.  Despite multiple requests from Comcast to cease its illegal activities, AT&T continues to install its U-Verse TV system in such a way to cause disruptions and outages to Comcast's customers.  At least 40 of these outages have occurred over the past two months, and they continue occurring, with one taking place as recently as April 18, 2008.

In light of the foregoing, Comcast respectfully requests this Court to enter the attached temporary restraining order pursuant to the Federal Rule of Civil Procedure 65 and schedule a hearing with respect to Comcast's request for a preliminary injunction where the Court can address whether any modifications to the order are necessary.

Date:   April 20, 2008                         Respectfully submitted,

                                               LOEB & LOEB LLP


                                    By:     __s/ Douglas N. Masters_____
                                            Douglas N. Masters
                                            Thomas P. Jirgal
                                            Julie P. Samuels
                                            321 North Clark Street, Suite 2300
                                            Chicago, Illinois 60610
                                            Telephone:  (312) 464-3100
                                            Fax:  (312) 464-3111

                          Attorneys for Comcast of Illinois III, Inc., Comcast Corporation
                          Comcast Holdings LLC, and Comcast Chicago, Inc.