UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ILLINOIS BELL TELEPHONE, d/b/a AT&T ILLINOIS,<br><br>      Plaintiff,<br>  v.<br><br>COMCAST OF ILLINOIS III, INC; COMCAST CORPORATION; COMCAST CABLE HOLDINGS LLC; and COMCAST OF CHICAGO, INC.,<br><br>      Defendants.<br><br>COMCAST OF ILLINOIS III, INC; COMCAST CORPORATION; COMCAST CABLE HOLDINGS LLC; and COMCAST OF CHICAGO, INC.,<br><br>      Counterclaimants,<br>  v.<br><br>ILLINOIS BELL TELEPHONE, d/b/a AT&T ILLINOIS,<br><br>      Counterdefendant,<br><br>and AT&T, INC.,<br><br>      Third-party Defendant. | **Case No.: 08 CV 1680**<br><br>**Honorable Elaine E. Bucklo**<br><br>**Magistrate Judge Martin C. Ashman** |

TO:  Brian L. Crowe, Esq.                    Christopher A. Cole, Esq.
      James D. Wilson, Esq.               Manatt, Phelps & Phillips, LLP
      John F. Kennedy, Esq.               One Metro Center
      Lynn A. Ellenberger, Esq.           700 12th Street NW, Suite 1100
      Shefsky & Froelich Ltd.              Washington, D.C.  20005
      111 E. Wacker Drive, Suite 2800
      Chicago, IL 60601

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on Monday, April 21, 2008 at 1:30 p.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Elaine E. Bucklo, in the courtroom usually occupied by her, Room 1441, at 219 South Dearborn Street, Chicago, Illinois, and present the attached **MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION,** copies of which are attached, and hereby served upon you.