## **CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of April, 2008, a copy of the foregoing: 1) Notice of Motion; 2) Comcast's Motion for Temporary Restraining Order and Preliminary Injunction; 3) Memorandum of Law In Support of Comcast's Motion for Temporary Restraining Order and Preliminary Injunction; 4) the Declaration of Douglas N. Masters; and 5) the Declaration of Robert B. Curtis were filed electronically.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

 Brian L. Crowe, Esq.
James D. Wilson, Esq.
John F. Kennedy, Esq.
Lynn A. Ellenberger, Esq.
Shefsky & Froelich Ltd.
111 E. Wacker Drive, Suite 2800
Chicago, IL 60601


LOEB & LOEB LLP

By:     __s/ Julie Samuels_____
Douglas N. Masters
Thomas P. Jirgal
Julie P. Samuels
321 North Clark Street, Suite 2300
Chicago, Illinois 60610
Telephone:  (312) 464-3100
Fax:  (312) 464-3111

Attorneys for Comcast of Illinois III, Inc., Comcast Corporation, Comcast Holdings LLC, and Comcast of Chicago, Inc.