## United States District Court for the Northern District of Illinois

Case Number: 08CV1680                     Assigned/Issued By: J. N.

Judge Name:                               Designated Magistrate Judge:

---

**FEE INFORMATION**

*Amount Due:*  ☐ $350.00    ☐ $39.00    ☐ $5.00

☐ IFP    ☐ No Fee    ☐ Other _____

☐ $455.00

Number of Service Copies _____                Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____          Receipt #: _____

Date Payment Rec'd: _____         Fiscal Clerk: _____

---

**ISSUANCES**

✓ Summons                                ☐ Alias Summons

☐ Third Party Summons                    ☐ Lis Pendens

☐ Non Wage Garnishment Summons           ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons     _____
                                         _____
                                         (Victim, Against and $ Amount)

☐ Citation to Discover Assets

☐ Writ _____
       (Type of Writ)

_1_ Original and _1_ copies on _4-22-08_ as to _AT&T INC._
                                (Date)

_____

_____

C:\wpwin80\docket\feeinfo.frm    03/14/05