UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ILLINOIS BELL TELEPHONE, d/b/a AT&T ILLINOIS,<br><br>Plaintiff,<br><br>v.<br><br>COMCAST OF ILLINOIS III, INC., COMCAST CORPORATION, COMCAST CABLE HOLDINGS, LLC, and COMCAST OF CHICAGO, INC.<br><br>Defendants. | Case No.: 08-CV-1680<br><br>Honorable Elaine E. Bucklo<br><br>Magistrate Judge Martin C. Ashman<br><br>JURY TRIAL DEMANDED |

### PLAINTIFF'S MOTION TO COMPEL RESPONSE TO DOCUMENT REQUEST NO. 2

Plaintiff Illinois Bell Telephone, d/b/a AT&T of Illinois, pursuant to Rule 37 of the Federal Rules of Civil Procedure, submits this Motion to compel Defendants Comcast of Illinois III, Inc., Comcast Corporation, Comcast Cable Holdings LLC, and Comcast of Chicago, Inc. (collectively "Comcast") to fully respond to Plaintiff's Request for Production of Documents number 2.

Pursuant to Local Rule of Civil Procedure 37.2, counsel for Plaintiff attempted in good faith to resolve this dispute by consulting with counsel for Comcast, but the parties were unable to resolve their differences. On April 23, 2008, Christopher A. Cole, Esq. both called and emailed Douglas Masters, Esq., counsel for Comcast, requesting that Comcast produce the requested documents. Mr. Cole followed up with an additional email to Mr. Masters on April 24, 2008. Mr. Masters responded to Mr. Cole via email on April 24, 2008 that Comcast would not agree to produce the requested documents.

The grounds for this motion are set forth below in the incorporated memorandum of law.

AT&T Illinois respectfully requests that the Court issue an order compelling Comcast to: (1) fully and completely respond to AT&T Illinois' Request for Production of Documents number 2; and (2) pay AT&T Illinois' reasonable expenses incurred in making this Motion, including attorneys' fees. A Proposed Order is submitted herewith.

DATED: April 24, 2008

Respectfully submitted,

ILLINOIS BELL TELEPHONE, D/B/A AT&T ILLINOIS

By: /s/ Brian L. Crowe

Brian L. Crowe (ARDC #0549584)
bcrowe@shefskylaw.com
John F. Kennedy (ARDC #6196185)
jkennedy@shefskylaw.com
Lynn A. Ellenberger (ARDC #6244188)
lellenberger@shefskylaw.com
SHEFSKY & FROELICH LTD.
111 E. Wacker Drive, Suite 2800
Chicago, IL  60601
Telephone:  (312) 527-4000
Facsimile:  (312) 527-4011

and

Christopher A. Cole
ccole@manatt.com
Manatt Phelps Phillips, LLP
700 12th Street, N.W., Suite 1100
Washington, D.C.  20005
Telephone:  (202) 585-6524
Facsimile:  (202) 637-1535