UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ILLINOIS BELL TELEPHONE, d/b/a AT&T ILLINOIS,<br><br>Plaintiff,<br><br>v.<br><br>COMCAST OF ILLINOIS III, INC., COMCAST CORPORATION, COMCAST CABLE HOLDINGS, LLC, and COMCAST OF CHICAGO, INC.<br><br>Defendants. | Case No.: 08-CV-1680<br><br>Honorable Elaine E. Bucklo<br><br>Magistrate Judge Martin C. Ashman<br><br>JURY TRIAL DEMANDED |

**NOTICE OF MOTION**

TO:   PLEASE SEE ATTACHED CERTIFICATE OF SERVICE

     **PLEASE TAKE NOTICE** that on Tuesday, the 29th day of April, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Elaine E. Bucklo or any judge sitting in her stead, in Room 1441 of the United States District Court for the Northern District of Illinois, Eastern Division, and shall then and there present *Plaintiff's Revised Motion to Compel Response to Document Request No. 2,* and *Plaintiff's Memorandum of Law in Support of Motion to Compel Response to Document Request No. 2*, copies of which are attached and hereby served upon you.

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing *Notice of Motion, Plaintiff's Revised Motion to Compel Response to Document Request No. 2,* and *Plaintiff's Memorandum of Law in Support of Motion to Compel Response to Document Request No. 2,* was served upon all counsel of record by electronic mail (via the Court's electronic case filing system) on April 24th, 2008.

/s/ Brian L. Crowe
Brian L. Crowe

DATED:  April 24, 2008

Respectfully submitted,

ILLINOIS BELL TELEPHONE, D/B/A AT&T ILLINOIS

By: /s/ Brian L. Crowe

Brian L. Crowe (ARDC #0549584)
bcrowe@shefskylaw.com
John F. Kennedy (ARDC #6196185)
jkennedy@shefskylaw.com
Lynn A. Ellenberger (ARDC #6244188)
lellenberger@shefskylaw.com
SHEFSKY & FROELICH LTD.
111 E. Wacker Drive, Suite 2800
Chicago, IL  60601
Telephone:  (312) 527-4000
Facsimile:  (312) 527-4011

and

Christopher A. Cole
ccole@manatt.com
Manatt Phelps Phillips, LLP
700 12th Street, N.W., Suite 1100
Washington, D.C.  20005
Telephone:  (202) 585-6524
Facsimile:  (202) 637-1535