IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ILLINOIS BELL TELEPHONE, d/b/a AT&T ILLINOIS, <br><br> Plaintiff, <br><br> v. <br><br> COMCAST OF ILLINOIS III, INC.; COMCAST CORP.; COMCAST CABLE HOLDINGS LLC; and COMCAST OF CHICAGO, INC., <br><br> Defendants. <br><br> COMCAST OF ILLINOIS III, INC.; COMCAST CORP.; COMCAST CABLE HOLDINGS LLC; and COMCAST OF CHICAGO, INC., <br><br> Counterclaimants, <br><br> v. <br><br> ILLINOIS BELL TELEPHONE, d/b/a AT&T ILLINOIS, <br><br> Counterdefendant, <br><br> and AT&T, INC., <br><br> Third-party Defendant. | Case No: 08 CV 1680 <br><br> Honorable Elaine E. Bucklo <br><br> Magistrate Judge Martin C. Ashman |

**ILLINOIS BELL TELEPHONE COMPANY'S MOTION TO DISMISS COMCAST'S COUNTERCLAIM FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED AND LACK OF FEDERAL SUBJECT MATTER JURISDICTION**

Plaintiff and Counterdefendant Illinois Bell Telephone Company, d/b/a AT&T Illinois ("Illinois Bell"), by its attorneys, Mayer Brown, LLP, submits this motion to dismiss Counts I, II, III, and IV of the Counterclaims and Third-party Complaint by Defendants and

1

Counterplaintiffs Comcast Illinois III, Inc., Comcast Corp., Comcast Holdings LLC, and Comcast of Chicago, Inc. (collectively, "Comcast").

Comcast does not state a federal cause of action against Illinois Bell in Count I. 47 U.S.C. § 553 creates a federal cause of action for the theft of cable services. Comcast has not alleged that Illinois Bell engaged in such activity. Instead, Comcast alleges only the "introduction of the foreign information into Comcast's infrastructure" by Illinois Bell, which does not create a federal cause of action under § 553. As such, Illinois Bell is entitled to dismissal of Count I pursuant to Federal Rule of Civil Procedure 12(b)(6).

Further, this Court does not have supplemental jurisdiction over Comcast's state claims in Counts II, III, and IV. Comcast's common law claims for trespass to chattels, negligence, and unfair competition arise out of the same set of operative facts as Count I—the "introduction of the foreign information into Comcast's infrastructure" by Illinois Bell. This is not a common set of operative facts with the remaining federal claim—Illinois Bell's Lanham Act false advertising claim against Comcast—or even Comcast's counterclaim for a declaratory judgment that its advertising is truthful (Count V). As such, Illinois Bell is entitled to dismissal of Counts II, III, and IV pursuant to Federal Rule of Civil Procedure 12(b)(1).

In support of its motion, Illinois Bell also submits a memorandum of law which is incorporated herein by reference.

For the reasons set forth here and in Illinois Bell's memorandum, Plaintiff and Counterdefendant respectfully requests that this Court grant its motion to dismiss Counts I, II, III, IV with prejudice.

Dated: April 24, 2008

Respectfully Submitted

ILLINOIS BELL TELEPHONE COMPANY

 /s/ Ranjit J. Hakim

Michael J. Gill
Ranjit Hakim
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
(312) 782-0600
(312) 701-7711 – Facsimile
mgill@mayerbrown.com
rhakim@mayerbrown.com

3

9171964

## **CERTIFICATE OF SERVICE**

      I, Ranjit Hakim, an attorney, hereby certify that on April 24, 2008, a copy of the foregoing ILLINOIS BELL TELEPHONE COMPANY'S MOTION TO DISMISS COMCAST'S COUNTERCLAIM FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED AND LACK OF FEDERAL SUBJECT MATTER JURISDICTION was served via email and the Court's CM/ECF system upon all counsel listed below.

                                                              /s/ Ranjit J. Hakim
                                                               Ranjit Hakim

Thomas P. Jirgal
Douglas N. Masters
Julie P. Samuels
Loeb & Loeb LLP
321 N. Clark Street
Suite 2300
Chicago, IL 60610

9171964