## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Illinois Bell Telephone
                                  Plaintiff,

v.                                               Case No.: 1:08−cv−01680
                                                           Honorable Elaine E. Bucklo

Comcast of Illinois III, Inc., et al.
                                  Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 29, 2008:

      MINUTE entry before Judge Honorable Elaine E. Bucklo:Motion to compel [42] is terminated as moot. Plaintiff's motion to compel [43] heard and the motion is granted. Response to plaintiff's motion to dismiss will be due by 4/30/08. The previously set response date of 5/9/08 is vacated. Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.