UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ILLINOIS BELL TELEPHONE, d/b/a AT&T ILLINOIS,<br><br>Plaintiff,<br><br>v.<br><br>COMCAST OF ILLINOIS III, INC., COMCAST CORPORATION, COMCAST CABLE HOLDINGS, LLC, and COMCAST OF CHICAGO, INC.<br><br>Defendants. | Case No.: 08-CV-1680<br><br>Honorable Elaine E. Bucklo<br><br>Magistrate Judge Martin C. Ashman |

**<u>PLAINTIFF'S MOTION TO DISMISS COUNT V OF COMCAST'S COUNTERCLAIMS</u>**

Plaintiff Illinois Bell Telephone, d/b/a AT&T of Illinois, pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, submits this Motion to Dismiss Counterclaim Five ("Declaratory Judgment") of Defendants Comcast of Illinois III, Inc., Comcast Corporation, Comcast Cable Holdings LLC, and Comcast of Chicago, Inc. (collectively "Comcast"). AT&T Illinois respectfully requests that the Court issue an order dismissing Comcast's Counterclaim V in its entirety.

The grounds for this motion are set forth below in the incorporated memorandum of law.

DATED:  May 12, 2008                    Respectfully submitted,

                                                ILLINOIS BELL TELEPHONE, D/B/A AT&T ILLINOIS

                                                By:  /s/ Brian L. Crowe

Brian L. Crowe (ARDC #0549584)
bcrowe@shefskylaw.com
John F. Kennedy (ARDC #6196185)
jkennedy@shefskylaw.com
Lynn A. Ellenberger (ARDC #6244188)
lellenberger@shefskylaw.com
SHEFSKY & FROELICH LTD.
111 E. Wacker Drive, Suite 2800
Chicago, IL  60601
Telephone:  (312) 527-4000
Facsimile:  (312) 527-4011

and

Christopher A. Cole
ccole@manatt.com
Manatt Phelps Phillips, LLP
700 12th Street, N.W., Suite 1100
Washington, D.C.  20005
Telephone:  (202) 585-6524
Facsimile:  (202) 637-1535