## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| ILLINOIS BELL TELEPHONE, d/b/a AT&T ILLINOIS,<br><br>       Plaintiff,<br><br>       v.<br><br>COMCAST OF ILLINOIS III, INC., COMCAST CORPORATION, COMCAST CABLE HOLDINGS, LLC, and COMCAST OF CHICAGO, INC.<br><br>       Defendants. | Case No.:  08-CV-1680<br><br>Honorable Elaine E. Bucklo<br><br>Magistrate Judge Martin C. Ashman<br><br>JURY TRIAL DEMANDED |
| COMCAST OF ILLINOIS III, INC., COMCAST CORPORATION, COMCAST CABLE HOLDINGS, LLC, and COMCAST OF CHICAGO, INC.<br><br>       v.<br><br>ILLINOIS BELL TELEPHONE, d/b/a AT&T ILLINOIS,<br><br>       Counterdefendant,<br><br>and<br><br>AT&T, INC.,<br><br>       Third-party Defendant. | |

## NOTICE OF EMERGENCY MOTION

**TO:     PLEASE SEE ATTACHED CERTIFICATE OF SERVICE**

**PLEASE TAKE NOTICE** that on **Tuesday** the **13th** day of **May**, **2008**, at **10:00 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Elaine E. Bucklo or any judge sitting in her stead, in Room 1441 of the United States District Court for the Northern District of Illinois, Eastern Division, and shall then and there present *Emergency*

***Agreed Motion for Leave to File Reply Brief and to Seal Reply Brief,*** a copy of which is attached and hereby served upon you.

DATED:  May 12, 2008

Respectfully submitted,

ILLINOIS BELL TELEPHONE, D/B/A AT&T ILLINOIS

By: /s/ James D. Wilson

Brian L. Crowe (ARDC #0549584)
bcrowe@shefskylaw.com
James D. Wilson (ARDC #3033643)
jwilson@shefskylaw.com
John F. Kennedy (ARDC #6196185)
jkennedy@shefskylaw.com
Lynn A. Ellenberger (ARDC #6244188)
lellenberger@shefskylaw.com
SHEFSKY & FROELICH LTD.
111 E. Wacker Drive, Suite 2800
Chicago, IL  60601
Telephone:  (312) 527-4000
Facsimile:  (312) 527-4011

and

Christopher A. Cole
ccole@manatt.com
Manatt Phelps Phillips, LLP
700 12th Street, N.W., Suite 1100
Washington, D.C.  20005
Telephone:  (202) 585-6524
Facsimile:  (202) 637-1535

1083573_1

2

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that a true and correct copy of the foregoing *Notice of Emergency Motion*, and *Emergency Agreed Motion for Leave to File Reply Brief and to Seal Reply Brief*, was served upon:

Douglas N. Masters, Esq.
**LOEB & LOEB, LLP**
321 N. Clark Street
Suite 2300
Chicago, IL  60610

via CM/ECF electronic notification and messenger delivery, from the Offices of Shefsky & Froelich Ltd., 111 E. Wacker Drive, Suite 2800, Chicago, Illinois 60601, on the **12th** day of **May, 2008**.


/s/ James D. Wilson
One of Its Attorneys