**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ILLINOIS BELL TELEPHONE, d/b/a AT&T ILLINOIS,<br><br>    Plaintiff,<br><br>    v.<br><br>COMCAST OF ILLINOIS III, INC., COMCAST CORPORATION, COMCAST CABLE HOLDINGS, LLC, and COMCAST OF CHICAGO, INC.<br><br>    Defendants. | Case No.: 08-CV-1680<br><br>Honorable Elaine E. Bucklo<br><br>Magistrate Judge Martin C. Ashman<br><br>JURY TRIAL DEMANDED |
| COMCAST OF ILLINOIS III, INC., COMCAST CORPORATION, COMCAST CABLE HOLDINGS, LLC, and COMCAST OF CHICAGO, INC.<br><br>    v.<br><br>ILLINOIS BELL TELEPHONE, d/b/a AT&T ILLINOIS,<br><br>    Counterdefendant,<br><br>and<br><br>AT&T, INC.,<br><br>    Third-party Defendant. | |

**PLAINTIFF ILLINOIS BELL TELEPHONE, D/B/A AT&T ILLINOIS'
NOTICE OF PAPER FILING**

Plaintiff ILLINOIS BELL TELEPHONE, d/b/a AT&T ILLINOIS ("AT&T Illinois"), by its attorneys, files this Notice of Paper Filing pursuant to General Order 07-0023, General Order on Electronic Case Filing, Paragraph VII. AT&T Illinois has filed an Agreed Emergency Motion to File a Reply Brief and File the Reply Brief Under Seal, because the reply and its attachments contain confidential and proprietary information pursuant to the terms of an agreement in

principle between the parties. The reply brief and its attachments could not be filed electronically through the CM/ECF system because they are to be filed in a sealed envelope and as such will be filed "over the counter."

| | |
|---|---|
| DATED: May 12, 2008 | Respectfully submitted, |
| | ILLINOIS BELL TELEPHONE, D/B/A AT&T ILLINOIS |
| | By: /s/ James D. Wilson |
| | One of Its Attorneys |

Brian L. Crowe (ARDC #0549584)
bcrowe@shefskylaw.com
John F. Kennedy (ARDC #6196185)
jkennedy@shefskylaw.com
Lynn A. Ellenberger (ARDC #6244188)
lellenberger@shefskylaw.com
SHEFSKY & FROELICH LTD.
111 E. Wacker Drive, Suite 2800
Chicago, IL  60601
Telephone:  (312) 527-4000
Facsimile    (312) 527-4011

and

Christopher A. Cole
ccole@manatt.com
Manatt Phelps Phillips, LLP
700 12th Street, N.W., Suite 1100
Washington, D.C.  20005
Telephone: (202) 585-6524
Facsimile:  (202) 637-1535

1083789_1