IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ILLINOIS BELL TELEPHONE, d/b/a AT&T ILLINOIS, <br><br> Plaintiff, <br><br> v. <br><br> COMCAST OF ILLINOIS III, INC.; COMCAST CORP.; COMCAST CABLE HOLDINGS LLC; and COMCAST OF CHICAGO, INC., <br><br> Defendants. <br><br> COMCAST OF ILLINOIS III, INC.; COMCAST CORP.; COMCAST CABLE HOLDINGS LLC; and COMCAST OF CHICAGO, INC., <br><br> Counterclaimants, <br><br> v. <br><br> ILLINOIS BELL TELEPHONE, d/b/a AT&T ILLINOIS, <br><br> Counterdefendant, <br><br> and AT&T, INC., <br><br> Third-party Defendant. | Case No: 08 CV 1680 <br><br> Honorable Elaine E. Bucklo <br><br> Magistrate Judge Martin C. Ashman |

## NOTICE OF MOTION

**TO: PLEASE SEE ATTACHED CERTIFICATE OF SERVICE**

    **PLEASE TAKE NOTE THAT** on Thursday, the 15th day of May 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Elaine E. Bucklo or any judge sitting in her stead, in Room 1441 of the United States District Court for the Northern District of Illinois, Eastern Division, and shall then and there present ILLINOIS BELL TELEPHONE COMPANY'S MOTION TO RECONSIDER THE COURT'S DENIAL OF ITS MOTION TO DISMISS COMCAST'S COUNTERCLAIM FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED AND LACK OF FEDERAL SUBJECT MATTER JURISDICTION and ILLINOIS BELL TELEPHONE COMPANY'S

1

9173855

MEMORANDUM IN SUPPORT OF ITS MOTION TO RECONSIDER THE COURT'S DENIAL OF ITS MOTION TO DISMISS COMCAST'S COUNTERCLAIM FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED AND LACK OF FEDERAL SUBJECT MATTER JURISDICTION, copies of which are attached and hereby served upon you.

Dated: May 12, 2008                              Respectfully Submitted

                                                 ILLINOIS BELL TELEPHONE COMPANY


                                                  /s/ Ranjit J. Hakim

                                                 Michael J. Gill
                                                 Ranjit Hakim
                                                 MAYER BROWN LLP
                                                 71 South Wacker Drive
                                                 Chicago, IL 60606
                                                 (312) 782-0600
                                                 (312) 701-7711 – Facsimile
                                                 mgill@mayerbrown.com
                                                 rhakim@mayerbrown.com

2

9173855

**CERTIFICATE OF SERVICE**

      I, Ranjit Hakim, an attorney, hereby certify that on May 12, 2008, a copy of the foregoing ILLINOIS BELL TELEPHONE COMPANY'S MOTION TO RECONSIDER THE COURT'S DENIAL OF ITS MOTION TO DISMISS COMCAST'S COUNTERCLAIM FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED AND LACK OF FEDERAL SUBJECT MATTER JURISDICTION was served via email and the Court's CM/ECF system upon all counsel listed below.

                                                  /s/ Ranjit J. Hakim
                                                  Ranjit Hakim

Thomas P. Jirgal
Douglas N. Masters
Julie P. Samuels
Loeb & Loeb LLP
321 N. Clark Street
Suite 2300
Chicago, IL 60610

9173855