IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ILLINOIS BELL TELEPHONE, d/b/a AT&T ILLINOIS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COMCAST OF ILLINOIS III, INC.; COMCAST CORP.; COMCAST CABLE HOLDINGS LLC; and COMCAST OF CHICAGO, INC.,<br><br>　　　　Defendants.<br><br>COMCAST OF ILLINOIS III, INC.; COMCAST CORP.; COMCAST CABLE HOLDINGS LLC; and COMCAST OF CHICAGO, INC.,<br><br>　　　　Counterclaimants,<br><br>　v.<br><br>ILLINOIS BELL TELEPHONE, d/b/a AT&T ILLINOIS,<br><br>　　　　Counterdefendant,<br><br>and AT&T, INC.,<br><br>　　　　Third-party Defendant. | Case No: 08 CV 1680<br><br>Honorable Elaine E. Bucklo<br><br>Magistrate Judge Martin C. Ashman |

## NOTICE OF MOTION

**TO: PLEASE SEE ATTACHED CERTIFICATE OF SERVICE**

　　**PLEASE TAKE NOTE THAT** on Thursday, the 15th day of May 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Elaine E. Bucklo or any judge sitting in her stead, in Room 1441 of the United States District Court for the Northern District of Illinois, Eastern Division, and shall then and there present AT&T INC.'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION and AT&T INC.'S MEMORANDUM IN SUPPORT OF ITS MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION, copies of which are attached and hereby served upon you.

1

9173855

2

| | |
|---|---|
| Dated: May 12, 2008 | Respectfully Submitted |
| | AT&T INC. |
| | /s/ Ranjit J. Hakim |
| | Michael J. Gill |
| | Ranjit Hakim |
| | MAYER BROWN LLP |
| | 71 South Wacker Drive |
| | Chicago, IL 60606 |
| | (312) 782-0600 |
| | (312) 701-7711 – Facsimile |
| | mgill@mayerbrown.com |
| | rhakim@mayerbrown.com |

9173855

## **CERTIFICATE OF SERVICE**

      I, Ranjit Hakim, an attorney, hereby certify that on May 12, 2008, a copy of the foregoing NOTICE OF MOTION was served via email and the Court's CM/ECF system upon all counsel listed below.


                                            /s/ Ranjit J. Hakim
                                            Ranjit Hakim


Thomas P. Jirgal
Douglas N. Masters
Julie P. Samuels
Loeb & Loeb LLP
321 N. Clark Street
Suite 2300
Chicago, IL 60610

9173855