UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ILLINOIS BELL TELEPHONE d/b/a AT&T ILLINOIS, | ) ) ) |
| Plaintiff, | ) Case No. 08 CV 1680 ) ) Honorable Elaine E. Bucklo |
| v. | ) ) |
| COMCAST OF ILLINOIS III, INC., COMCAST CORPORATION, COMCAST CABLE HOLDINGS LLC, and COMCAST OF CHICAGO, INC. | ) Magistrate Judge Martin C. Ashman ) ) ) ) ) |
| Defendants. | ) |
| COMCAST OF ILLINOIS III, INC; COMCAST CORPORATION; COMCAST CABLE HOLDINGS LLC; and COMCAST OF CHICAGO, INC., | ) ) ) ) ) |
| Counterclaimants, | ) ) |
| v. | ) ) |
| ILLINOIS BELL TELEPHONE, d/b/a AT&T ILLINOIS, | ) ) ) |
| Counterdefendant, | ) ) |
| and AT&T, INC., | ) ) |
| Third-party Defendant. | ) |

FILED
MAY X 9 2008
May 9 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## COMCAST'S MOTION TO EXCEED THE PAGE LIMIT

Defendants and Counterclaimants Comcast of Illinois III, Inc., Comcast Corporation, Comcast Cable Holdings LLC, and Comcast of Chicago, Inc. (collectively, "Comcast"), file this motion pursuant to Local Rule 7.1 for leave file Comcast's

Memorandum in Opposition to AT&T's Motion for a Preliminary Injunction, which memorandum is in excess of fifteen pages, and in support thereof, states as follows:

1. On April 14, 2008, Plaintiff Illinois Bell Telephone d/b/a AT&T Illinois ("AT&T") filed its Motion for a Preliminary Injunction. In support of that motion, AT&T also filed a 27-page memorandum.

2. At the time AT&T filed its Motion and memorandum in support thereof, it also moved this Court to exceed the page limit, citing "the complexity of the law and the facts relating" to AT&T's claims. (*see* AT&T's Motion to Exceed Page Limits (Docket # 18)).

3. In order to respond adequately to AT&T's Motion for a Preliminary Injunction and in light of "the complexity of the law and the facts" relating to the claims therein, Comcast was unable to condense its Memorandum in Opposition to AT&T's Motion for a Preliminary Injunction into 15 pages.

4. Pursuant to Local Rule 7.1, Comcast's memorandum contains a table of contents and a table of cases.

WHEREFORE, Comcast respectfully requests that this Court grant it leave to file the Memorandum in Opposition to AT&T's Motion for a Preliminary Injunction, which exceeds 15 pages.

Date:  May 9, 2008

Respectfully submitted,
LOEB & LOEB LLP

By:    s/ Douglas N. Masters
Douglas N. Masters
Thomas P. Jirgal
Julie P. Samuels
321 North Clark Street, Suite 2300
Chicago, Illinois 60610

Telephone: (312) 464-3100
Fax: (312) 464-3111

Attorneys for Comcast of Illinois III, Inc., Comcast Corporation, Comcast Holdings LLC, and Comcast Chicago, Inc.

## Certificate of Service

I hereby certify that on this 9th day of May, 2008, a copy of the foregoing Comcast's Motion to Exceed the Page Limit was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

| | |
|---|---|
| Brian L. Crowe, Esq. | Michael J. Gill, Esq. |
| James D. Wilson, Esq. | Ranjit J. Hakim, Esq. |
| John F. Kennedy, Esq. | Mayer Brown LLP |
| Lynn A. Ellenberger, Esq. | 71 S. Wacker Drive |
| Shefsky & Froelich Ltd. | Chicago, IL 60606 |
| 111 E. Wacker Drive, Suite 2800 | |
| Chicago, IL 60601 | |

LOEB & LOEB LLP

By:    s/ Julie Samuels
Douglas N. Masters
Thomas P. Jirgal
Julie P. Samuels
321 North Clark Street, Suite 2300
Chicago, Illinois 60610
Telephone: (312) 464-3100
Fax: (312) 464-3111

Attorneys for Comcast of Illinois III, Inc., Comcast Corporation, Comcast Holdings LLC, and Comcast of Chicago, Inc.