

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ILLINOIS BELL TELEPHONE, d/b/a AT&T ILLINOIS,<br><br>   Plaintiff,<br><br>v.<br><br>COMCAST OF ILLINOIS III, INC; COMCAST CORPORATION; COMCAST CABLE HOLDINGS LLC; and COMCAST OF CHICAGO, INC.,<br><br>   Defendants.<br>_____<br>COMCAST OF ILLINOIS III, INC; COMCAST CORPORATION; COMCAST CABLE HOLDINGS LLC; and COMCAST OF CHICAGO, INC.,<br><br>   Counterclaimants,<br><br>v.<br><br>ILLINOIS BELL TELEPHONE, d/b/a AT&T ILLINOIS,<br><br>   Counterdefendant,<br><br>and AT&T, INC.,<br><br>   Third-party Defendant. | Case No.: 08 CV 1680<br><br>Honorable Elaine E. Bucklo<br><br>Magistrate Judge Martin C. Ashman<br><br><br><br>**FILED**<br>J.N<br>MAY X 9 2008<br>May 9 2008<br>MICHAEL W. DOBBINS<br>CLERK, U.S. DISTRICT COURT |

## DECLARATION OF LYNN SCHUMACHER

I, Lynn Schumacher, declare as follows.

  1.  I am Comcast's Regional Marketing Manager for the Chicago Region. In that capacity, I provide direction for Comcast's Regional Multi-Product Campaigns, including competitive. I have personal knowledge of the facts stated herein, except those that are stated on information and belief, and can testify competently thereto.

CH42224.1
207716-10034

2. In December 2007 Comcast engaged an advertising agency to help construct a campaign to highlight the disadvantages of AT&T's U-Verse television service as compared to Comcast's television service. As part of that campaign, I worked with the agency to create the print ad called "No Curb Appeal."

3. Comcast intended the print ad to be a realistic depiction of one of AT&T's video ready access devices (VRADs) in front of a house in much the same way they are being observed in communities throughout the Northeast Illinois area.

4. I received a draft of that ad from the agency on a Friday evening. I was disturbed by the size of the VRAD box placed in front of the house in that first draft. In particular, I thought the agency made the VRAD box look too large compared to its actual size.

5. A representative of the agency and I engaged in multiple phone calls throughout that Friday evening. I made it clear to the Agency that our intent was to get our message across without over exaggerating, so we could appropriately show what a VRAD could look like in the neighborhood. My intention was to keep the integrity of the message so it would be believable. After a few hours, the agency presented me with a revised draft in which the VRAD was much smaller than in the original draft and looked like an actual VRAD box in proportion to the photo of the house. That revised draft is the ad that ran in *The Daily Southtown Star* and in *The Herald News*, both in March, 2008.

Executed on this 7th day of May 2008 in Schaumburg, Illinois

Lynn Schumacher

CH42224.1
207716-10034