

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ILLINOIS BELL TELEPHONE, d/b/a AT&T ILLINOIS, <br><br> Plaintiff, <br><br> v. <br><br> COMCAST OF ILLINOIS III, INC; COMCAST CORPORATION; COMCAST CABLE HOLDINGS LLC; and COMCAST OF CHICAGO, INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

**Case No.: 08 CV 1680**

**Honorable Elaine E. Bucklo**

**Magistrate Judge Martin C. Ashman**

| | |
|---|---|
| COMCAST OF ILLINOIS III, INC; COMCAST CORPORATION; COMCAST CABLE HOLDINGS LLC; and COMCAST OF CHICAGO, INC., <br><br> Counterclaimants, <br><br> v. <br><br> ILLINOIS BELL TELEPHONE, d/b/a AT&T ILLINOIS, <br><br> Counterdefendant, <br><br> and AT&T, INC., <br><br> Third-party Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

**FILED**

J N
MAY X 9 2008
May 9 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### DECLARATION OF TOMAS URBAN

I, Thomas Urban, declare as follows:

1.    On May 5, 2008, I took a photo outside 413 Ridgemoor, Mundelein, IL 60060. A true and correct copy of that photo is attached hereto as **Exhibit A**. That photograph is a true and accurate representation of what I observed.

2.      On May 5, 2008, I took photos outside 713 Beach Place, Mundelein, IL 60060. True and correct copies of those photos are attached hereto as **Exhibits B and C**. These photographs are a true and accurate representation of what I observed.

3.      On May 5, 2008, I took photos outside 1026 Breaburn, Mundelein, IL 60060. True and correct copies of those photos are attached hereto as **Exhibits D and E**. These photographs are a true and accurate representation of what I observed.

4.      On May 6, 2008, I took a photo outside 15 Timber Lane, Vernon Hills, IL 60061. A true and correct copy of that photo is attached hereto as **Exhibit F**. This photograph is a true and accurate representation of what I observed.

5.      On May 6, 2008, I took photos outside 539 Margate, Deerfield, IL 60015. True and correct copies of those photos are attached hereto as **Exhibits G and H**. These photographs are a true and accurate representation of what I observed.

6.      On May 6, 2008, I took photos outside 710 Wilmot, Deerfield, IL 60015. True and correct copies of those photos are attached hereto as **Exhibits I, J and K**. These photographs are a true and accurate representation of what I observed.

7.      On May 6, 2008, I took photos outside 765 Chestnut, Deerfield, IL 60015. True and correct copies of those photos are attached hereto as **Exhibits L, M and N**. These photographs are a true and accurate representation of what I observed.

8.      On May 6, 2008, I took photos outside 814 Woodward, Deerfield, IL 60015. True and correct copies of those photos are attached hereto as **Exhibits O and P**. These photographs are a true and accurate representation of what I observed.

9.    On May 6, 2008, I took a photo outside 904 Van Buren, Vernon Hills, IL 60061. A true and correct copy of that photo is attached hereto as **Exhibit Q.** This photograph is a true and accurate representation of what I observed.

10.    On May 6, 2008, I took photos outside 1100 Tennyson, Vernon Hills, IL 60061. True and correct copies of those photos are attached hereto as **Exhibits R, S and T.** These photographs are a true and accurate representation of what I observed.

11.    On May 7, 2008, I took photos outside 200 Prairie, Highland Park, IL 60035. True and correct copies of those photos are attached hereto as **Exhibits U and V.** These photographs are a true and accurate representation of what I observed.

12.    On May 7, 2008, I took photos outside 239 Prairie, Highland Park, IL 60035. True and correct copies of those photos are attached hereto as **Exhibits W and X.** These photographs are a true and accurate representation of what I observed.

13.    On May 7, 2008, I took photos outside 317 Checker, Arlington Heights, IL 60004. True and correct copies of those photos are attached hereto as **Exhibits Y, Z, and AA.** These photographs are a true and accurate representation of what I observed.

14.    On May 7, 2008, I took photos outside 383 Ridge, Highland Park, IL 60035. True and correct copies of those photos are attached hereto as **Exhibits BB, CC, and DD.** These photographs are a true and accurate representation of what I observed.

15.    On May 7, 2008, I took a photo outside 426 Bloom, Highland Park, IL 60035. A true and correct copy of that photo is attached hereto as **Exhibit EE.** This photograph is a true and accurate representation of what I observed.

16.    On May 7, 2008, I took photos outside 861 Highland, Highland Park, IL 60035. True and correct copies of those photos are attached hereto as **Exhibits FF and GG.** These photographs are a true and accurate representation of what I observed.

17.    On May 7, 2008, I took photos outside 1565 Oakwood, Highland Park, IL 60035. True and correct copies of those photos are attached hereto as **Exhibits HH and II.** These photographs are a true and accurate representation of what I observed.

18.    On May 7, 2008, I took a photo outside 1761 Clavey, Highland Park, IL 60035. A true and correct copy of that photo is attached hereto as **Exhibit JJ.** This photograph is a true and accurate representation of what I observed.

19.    On May 7, 2008, I took photos outside 2540 Highmore, Highland Park, IL 60035. True and correct copies of those photos are attached hereto as **Exhibits KK and LL.** These photographs are a true and accurate representation of what I observed.

20.    On May 7, 2008, I took photos outside 2616 Summit, Highland Park, IL 60035. True and correct copies of those photos are attached hereto as **Exhibits MM and NN.** These photographs are a true and accurate representation of what I observed.

21.    On May 7, 2008, I took a photo outside 2640 Greenwood, Highland Park,

Il. 60035. A true and correct copy of that photo is attached hereto as **Exhibit OO.** This

photograph is a true and accurate representation of what I observed.


Executed on this 8th day of May 2008 in Mundelein, Illinois

_____

Tomas Urban

# Exhibit A



# Exhibit B



# Exhibit C



# Exhibit D



# Exhibit E



# Exhibit F



# Exhibit G



# Exhibit H



# Exhibit I



# Exhibit J



# Exhibit K



# Exhibit L



# Exhibit M



# Exhibit N



# Exhibit O



# Exhibit P





# Exhibit Q



# Exhibit R



# Exhibit S



# Exhibit T



# Exhibit U



# Exhibit V





# Exhibit W

# Exhibit X



# Exhibit Y



# Exhibit Z



# Exhibit AA



# Exhibit BB



# Exhibit CC



# Exhibit DD



# Exhibit EE

# Exhibit FF



# Exhibit GG



# Exhibit HH



# Exhibit II



# Exhibit JJ



# Exhibit KK



# Exhibit LL

# Exhibit MM



# Exhibit NN



# Exhibit OO

