UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
Eastern Division

Illinois Bell Telephone
                               Plaintiff,

v.                                                        Case No.: 1:08−cv−01680
                                                        Honorable Elaine E. Bucklo

Comcast of Illinois III, Inc., et al.
                               Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, May 14, 2008:

      MINUTE entry before Judge Honorable Elaine E. Bucklo:Motion for reconsideration [67] is entered and continued. Motion for leave to file excess pages [77] is granted. Motion to seal [78] is granted. Status hearing set for 5/19/2008 at 01:30 PM.Set deadlines/hearing as to motion to dismiss/lack of jurisdiction[74], motion to dismiss[60] : Responses due by 6/5/2008. Replies due by 6/19/2008. Target date for ruling by mails set for 7/18/08.Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.