# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Illinois Bell Telephone

                               Plaintiff,

v.                                                           Case No.: 1:08−cv−01680
                                                           Honorable Elaine E. Bucklo

Comcast of Illinois III, Inc., et al.

                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, May 19, 2008:

      MINUTE entry before the Honorable Elaine E. Bucklo:Status hearing held and continued to 6/16/2008 at 09:30 AM. Parties advise court that they have tentatively reached a "standstill agreement" and are working on finalizing the agreement. Advised in open court (jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.