IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ILLINOIS BELL TELEPHONE, d/b/a AT&T ILLINOIS,<br><br>Plaintiff,<br><br>v.<br><br>COMCAST OF ILLINOIS III, INC.; COMCAST CORP.; COMCAST CABLE HOLDINGS LLC; and COMCAST OF CHICAGO, INC.,<br><br>Defendants.<br><br>COMCAST OF ILLINOIS III, INC.; COMCAST CORP.; COMCAST CABLE HOLDINGS LLC; and COMCAST OF CHICAGO, INC.,<br><br>Counterclaimants,<br><br>v.<br><br>ILLINOIS BELL TELEPHONE, d/b/a AT&T ILLINOIS,<br><br>Counterdefendant,<br><br>and AT&T, INC.,<br><br>Third-party Defendant. | Case No: 08 CV 1680<br><br>Honorable Elaine E. Bucklo<br><br>Magistrate Judge Martin C. Ashman |

**JOINT MOTION TO STAY LITIGATION PURSUANT TO CONFIDENTIAL
<u>STANDSTILL AGREEMENT</u>**

Plaintiff and Counterdefendant Illinois Bell Telephone Company, d/b/a AT&T Illinois ("Illinois Bell") and Defendants and Counterclaimants Comcast Illinois III, Inc., Comcast Corp., Comcast Holdings LLC, and Comcast of Chicago, Inc. (collectively, "Comcast") submit this motion to stay the above captioned litigation, including all pending motions (inclusive of AT&T Inc.'s Motion to Dismiss), claims and counterclaims.

1

Illinois Bell and Comcast jointly request that the Court stay the above captioned litigation in its entirety until November 17, 2008.  Notwithstanding this joint request, any party in the lawsuit may move the Court to lift the stay at any time prior to that date, which any other party may oppose on any grounds available to it.  If the stay is lifted, the Court will establish deadlines and schedules for all pending matters stayed by this motion at the time it lifts the stay.

WHEREFORE, Illinois Bell and Comcast respectfully request that the Court enter an order 1) staying this matter until November 17, 2008, 2) providing that any party in the lawsuit may move the Court to lift the stay at any time prior to that date, which any other party may oppose on any grounds available to it, and 3) providing that if the stay is lifted, the Court will establish deadlines and schedules for all pending matters stayed by this motion at the time it lifts the stay.

| | |
|---|---|
| Dated: May 29, 2008 | Respectfully Submitted |
| COMCAST OF ILLINOIS III, INC., COMCAST CORPORATION, COMCAST CABLE HOLDINGS LLC, AND COMCAST OF CHICAGO, INC. | ILLINOIS BELL TELEPHONE COMPANY |
| /s/ Julie P. Samuels | /s/ Ranjit J. Hakim |
| Douglas N. Masters<br>Thomas P. Jirgal<br>Julie P. Samuels<br>LOEB & LOEB LLP<br>321 North Clark St.<br>Suite 2300<br>Chicago, IL  60610<br>(312) 464-3100 | Michael J. Gill<br>Ranjit Hakim<br>MAYER BROWN LLP<br>71 South Wacker Drive<br>Chicago, IL 60606<br>(312) 782-0600<br>(312) 701-7711 – Facsimile<br>mgill@mayerbrown.com<br>rhakim@mayerbrown.com<br><br>Brian L. Crowe<br>John F. Kennedy<br>Lynn A. Ellenberger<br>SHEFSKY & FROELICH LTD<br>111 E. Wacker Drive |

2

9175595

Suite 2800
Chicago, IL 60601
(312) 527-4000
(312) 527-4011 – Facsimile

Christopher A. Cole
MANATT PHELPS PHILLIPS, LLP
700 12th Street, N.W.
Suite 1100
Washington, D.C. 20005
(202) 585-6524
(202) 637-1535 – Facsimile
ccole@manatt.com

3

9175595

**CERTIFICATE OF SERVICE**

     I, Ranjit Hakim, an attorney, hereby certify that on May 29, 2008, a copy of the foregoing NOTICE OF MOTION and JOINT MOTION TO STAY LITIGATION PURSUANT TO CONFIDENTIAL STANDSTILL AGREEMENT was served via email and the Court's CM/ECF system upon all counsel listed below.

                                          /s/ Ranjit J. Hakim
                                          Ranjit Hakim

Thomas P. Jirgal
Douglas N. Masters
Julie P. Samuels
Loeb & Loeb LLP
321 N. Clark Street
Suite 2300
Chicago, IL 60610

Michael J. Gill
Ranjit Hakim
MAYER BROWN LLP
71 S. Wacker Drive
Chicago, IL 60606

Brian L. Crowe
John F. Kennedy
Lynn A. Ellenberger
SHEFSKY & FROELICH LTD
111 E. Wacker Drive
Suite 2800
Chicago, IL 60601

Christopher A. Cole
MANATT PHELPS PHILLIPS, LLP
700 12th Street, N.W.
Suite 1100
Washington, D.C. 20005

9175952