IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ILLINOIS BELL TELEPHONE, d/b/a AT&T ILLINOIS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COMCAST OF ILLINOIS III, INC.; COMCAST CORP.; COMCAST CABLE HOLDINGS LLC; and COMCAST OF CHICAGO, INC.,<br><br>　　　　Defendants.<br><br>COMCAST OF ILLINOIS III, INC.; COMCAST CORP.; COMCAST CABLE HOLDINGS LLC; and COMCAST OF CHICAGO, INC.,<br><br>　　　　Counterclaimants,<br><br>　v.<br><br>ILLINOIS BELL TELEPHONE, d/b/a AT&T ILLINOIS,<br><br>　　　　Counterdefendant,<br><br>and AT&T, INC.,<br><br>　　　　Third-party Defendant. | Case No: 08 CV 1680<br><br>Honorable Elaine E. Bucklo<br><br>Magistrate Judge Martin C. Ashman |

## NOTICE OF MOTION

**TO: PLEASE SEE ATTACHED CERTIFICATE OF SERVICE**

　　**PLEASE TAKE NOTE THAT** on Monday, the 9th day of June 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Elaine E. Bucklo or any judge sitting in her stead, in Room 1441 of the United States District Court for the Northern District of Illinois, Eastern Division, and shall then and there present JOINT MOTION TO STAY LITIGATION PURSUANT TO CONFIDENTIAL STANDSTILL AGREEMENT, copies of which are attached and hereby served upon you.

1

9175952

| | |
|---|---|
| Dated: May 29, 2008 | Respectfully Submitted |
| COMCAST OF ILLINOIS III, INC., COMCAST CORPORATION, COMCAST CABLE HOLDINGS LLC, AND COMCAST OF CHICAGO, INC. | ILLINOIS BELL TELEPHONE COMPANY |
| /s/ Julie P. Samuels | /s/ Ranjit J. Hakim |
| Douglas N. Masters<br>Thomas P. Jirgal<br>Julie P. Samuels<br>LOEB & LOEB LLP<br>321 North Clark St.<br>Suite 2300<br>Chicago, IL  60610<br>(312) 464-3100 | Michael J. Gill<br>Ranjit Hakim<br>MAYER BROWN LLP<br>71 South Wacker Drive<br>Chicago, IL 60606<br>(312) 782-0600<br>(312) 701-7711 – Facsimile<br>mgill@mayerbrown.com<br>rhakim@mayerbrown.com<br><br>Brian L. Crowe<br>John F. Kennedy<br>Lynn A. Ellenberger<br>SHEFSKY & FROELICH LTD<br>111 E. Wacker Drive<br>Suite 2800<br>Chicago, IL 60601<br>(312) 527-4000<br>(312) 527-4011 – Facsimile<br><br>Christopher A. Cole<br>MANATT PHELPS PHILLIPS, LLP<br>700 12th Street, N.W.<br>Suite 1100<br>Washington, D.C. 20005<br>(202) 585-6524<br>(202) 637-1535 – Facsimile<br>ccole@manatt.com |

## CERTIFICATE OF SERVICE

      I, Ranjit Hakim, an attorney, hereby certify that on May 29, 2008, a copy of the foregoing NOTICE OF MOTION and JOINT MOTION TO STAY LITIGATION PURSUANT TO CONFIDENTIAL STANDSTILL AGREEMENT was served via email and the Court's CM/ECF system upon all counsel listed below.

                                                            /s/ Ranjit J. Hakim
                                                            Ranjit Hakim

Thomas P. Jirgal
Douglas N. Masters
Julie P. Samuels
Loeb & Loeb LLP
321 N. Clark Street
Suite 2300
Chicago, IL 60610

Michael J. Gill
Ranjit Hakim
MAYER BROWN LLP
71 S. Wacker Drive
Chicago, IL 60606

Brian L. Crowe
John F. Kennedy
Lynn A. Ellenberger
SHEFSKY & FROELICH LTD
111 E. Wacker Drive
Suite 2800
Chicago, IL 60601

Christopher A. Cole
MANATT PHELPS PHILLIPS, LLP
700 12th Street, N.W.
Suite 1100
Washington, D.C. 20005

9175952